## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TINA KUFNER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 13-12864-DJC |
| ) | |
| PAUL SUTTELL, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**CASPER, J.**                                                                                                                                May 27, 2014

For the reasons set forth below, the Court: (1) denies without prejudice Tina Kufner's Motion to Proceed *in forma pauperis*; (2) denies the two pending motions to dismiss without prejudice as they are premature; (3) directs each plaintiff to either pay their apportioned share of the filing and administrative fees or move for leave to proceed without prepayment of the filing fee; and (4) orders that no summonses shall issue until further order of the court.

### BACKGROUND

Plaintiffs Tina Kufner, Kathy Lee Scholpp, Mary Seguin and Gloria Johnson filed their pro se complaint titled "Plaintiffs' Complaint for Damages, Jury Demand." D. 2. The four plaintiffs are self-described mothers who, along with their children, were parties to probate and family court proceedings in Rhode Island and/or Massachusetts. The eighty-one page complaint is brought pursuant to 18 U.S.C. § 1961, and 42 U.S.C. §§ 1981, 1983, 1985, and 1986, and names over five dozen defendants. The complaint was accompanied by one Application to Proceed Without Prepayment of Fees and Affidavit which was filed by Tina Kufner. Although summonses have not

issued, two defendants have filed motions to dismiss pursuant to Rule 4(m) for failure to make timely service.

## REVIEW

The fees for filing a civil complaint include the $350.00 filing fee and the $50.00 administrative fee,[1] see 28 U.S.C. § 1914(a) ($350.00 filing fee for all non-habeas civil actions) and indigent litigants may file a motion for leave to proceed without prepayment of the filing fee, see 28 U.S.C. § 1915 (proceedings *in forma pauperis*). Where there are multiple plaintiffs in a civil action, it has been the practice of this Court to apportion equally the filing fee between or among all plaintiffs. See 28 U.S.C. § 1914(a) and (b) .

When a pro se plaintiff files an application to proceed *in forma pauperis*, the court is required to screen the complaint before summonses are issued. Section 1915(e)(2) specifically requires a district court to screen an *in forma pauperis* complaint and dismiss the case if the court determines that:
   (A) the allegation of poverty is untrue; or
   (B) the action or appeal--
   (i) is frivolous or malicious;
   (ii) fails to state a claim on which relief may be granted; or
   (iii) seeks monetary relief against a defendant who is immune from such relief.

28 U.S.C. §§1915(e)(2) (A), (B) (i) - (iii).

## DISCUSSION

Because Tina Kufner has sought to proceed *in forma pauperis*, the clerk has not issued summonses for service of the defendants. Because of this, the 120–day provision in Rule 4(m) has not been triggered. Thus, the motions to dismiss filed by defendants Textron, Inc., and Adler

---

[1] The $50.00 administrative fee became effective May 1, 2013. See Judicial Conference Fee Schedule.

Pollock & Sheehan, PC, will be dismissed without prejudice because they are premature.

The apportioned filing fee obligation of each of the four plaintiffs is $100. Although Tina Kufner sought leave to proceed *in forma pauperis*, her application is incomplete. She failed to answer all the questions (see Question 3(b) concerning rent payments, interest or dividends that she has received or may expect to continue to receive). Because the financial information is incomplete, I cannot make a determination whether plaintiff qualifies for *in forma pauperis* status and will deny such petition without prejudice. I will grant plaintiff additional time to submit a new, fully-completed application, which may be either the AO 240 (short form) or AO 239 (long form).

Kathy Lee Scholpp, Mary Seguin and Gloria Johnson will be granted additional time either to pay their apportioned share ($100) of the filing and administration fees or move for leave to proceed without prepayment of the filing fee.

**ORDER**

Accordingly, it is hereby ORDERED that:

1) Plaintiffs must either (1) pay the $400.00 filing and administrative fees; or (2) move for leave to proceed without prepayment of the filing fee. Failure of any plaintiff to comply with this directive within 21 days of the date of this Order may result in the dismissal of such party from this action;

2) If plaintiffs elect to seek in forma pauperis status, each plaintiff must submit an affidavit that includes a statement of all plaintiff's assets. See 28 U.S.C. § 1915(a)(1). For the convenience of litigants, this Court provides a form application to seek leave to proceed *in forma pauperis*. The Clerk shall provide each plaintiff with an Application to Proceed in District Court Without Prepaying Fees or Costs;

3) Plaintiffs' Motion for Judgment as a Matter of Law is denied without prejudice to renewal after the filing fee issue has been resolved; and

4) No summonses shall issue pending further Order of the Court.

**SO ORDERED.**

                                                /s/ Denise J. Casper
                                              Denise J. Casper
                                              United States District Judge